# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. MARC COHEN a/s/o DONNA REESE,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE OF AMERICA, INC.; ABC CORP. (1-10) (Said names being fictitious and unknown entities),<br><br>                Defendants. | Civil Action No. 12-5494 (FSH/PS)<br><br>**CONSENT SCHEDULING ORDER**<br>*ON INFORMAL APPLICATION* |

**Shwartz, U.S.M.J.:**

Pursuant to the consent request of the parties submitted to the Court on December 4, 2012;

IT IS THIS 4th day of December, 2012, hereby

ORDERED that the Tuesday, December 4, 2012 deadline for the parties to submit a proposed discovery confidentiality order and certification in accordance with L. Civ. R. 5.3, as established in the Court's November 27, 2012 Pretrial Scheduling Order (Doc. No. 7 at ¶ 4(b)), is ADJOURNED until Friday, December 7, 2012, *at 2:00 pm*.

*All other deadlines shall remain in full force and effect*

*/s/ Patty Shwartz*
PATTY SHWARTZ, U.S.M.J.

2818176-01